**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-61690-CIV-SMITH**

AMIN LAKHANI,

       Plaintiff,

v.

LONDON ASSOCIATES, LTD., *et al.*,

       Defendants.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the parties' Joint Notice of Settlement [DE 14], indicating that this matter has been settled. Upon consideration, it is hereby

    **ORDERED** that:

1. The parties shall file a Joint Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41(a) on or before **December 6, 2024**.

2. This case is **CLOSED**.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of November, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record